UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JAZMINE ENGLAND, | Civil No. 3:19-CV-05969-MLP |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge will:

(1) hold a de novo hearing;

(2) evaluate the opinion of Sharon Jung, A.R.N.P.;

(3) reevaluate the claimant's subjective complaints;

(4) reassess the claimant's residual functional capacity;

(5) if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; and

(6) issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 18th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Stephen Dmetruk
STEPHEN DMETRUK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3725
Fax: (206) 615-2531
stephen.dmetruk@ssa.gov